United States District Court
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

RICHARD STOYKO,

10

   Plaintiff,        No. C 02-02640 JSW

11

 v.

12

KEMPER INSURANCE COMPANY;   **AMENDED JUDGMENT UPON**
FEDERAL EXPRESS LONG TERM    **REMAND**

13

DISABILITY,

14

   Defendants.

             /

15
16

   Pursuant to the Ninth Circuit's reversal of this Court's order granting of Defendants'

17

motion for summary judgment and denying plaintiff Richard Stoyko's cross-motion for

18

summary judgment, the Court HEREBY AMENDS the prior judgment in the above-captioned

19

matter in favor of Defendants.  The Clerk is directed to enter judgment in favor of Stoyko.

20

   **IT IS SO ORDERED.**

21
22

Dated: July 15, 2005        /s/ Jeffrey S. White
                JEFFREY S. WHITE

23

                UNITED STATES DISTRICT JUDGE

24
25
26
27
28